IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER,

AUG - 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-WY-1712-CB

HIGH COUNTRY CITIZENS' ALLIANCE, et. al.,

    Plaintiffs,

v.

GALE NORTON, et. al.,

    Defendants.

## ORDER

**IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor, Cheyenne, Wyoming 82001.

Dated this 27th day of July, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

03-WY-1712CB(OES)
High Country Citizens' Alliance, et al, vs. Gale Norton, et al

A copy of this order has been hand delivered, placed in respective court pick-up boxes or deposited in the U.S. mails, postage prepaid, to the following on August 1, 2005.

(X)   delivered to:
Magistrate Judge O. Edward Schlatter

Carol D. Angel, Esq.
Chad M. Wallace, Esq.
State Attorney General's Office
DC BOX 20
[Colorado Agencies]

AND

(X)   deposited in U.S. mail, postage prepaid, to:

Edwin P. Aro, Esq.
Hogan & Hartson L.L.P.
1200 17th Street, Suite 1500
Denver, CO 80202
[All plaintiffs]

Mary Anne Sullivan, Esq.
Hogan & Hartson L.L.P.
555 13th Street, NW]
Washington, DC 20004
[All plaintiffs]

Bart Miller, Esq.
Western Resources Advocates
2260 Baseline, Suite 200
Boulder CO 80302
[Environmental Defense, High Country Citizens' Alliance, The Wilderness Society, Western Colorado Congress and Western Slope Environmental Resource Council]

Andrew Peternell, Esq.
Trout Unlimited
1320 Pearl Street, suite 320
Boulder, CO 80302
[Trout Unlimited]

David Gehlert, Esq.
U.S. Department of Justice
Environmental and Natural Resources Division
General Litigation Section
999 18th Street, Suite 945
Denver, CO 80202
[Defendants]

Lee E. Miller, Esq.
Matthew B. Dillman, Esq.
Burns, Figa & Will, P.C.
6400 S. Fiddlers Green Circle, Suite 1030
Englewood, CO 80111
[Colorado Farm Bureau]

Case 1:03-cv-01712-CAB-MEH   Document 124   Filed 08/01/05   USDC Colorado   Page 3 of 3

Timothy J. Beaton, Esq.
Moses, Wittemyer, Harrison and Woodruff PC
P. O. Box 1440
Boulder, CO 80306-1440
[Colorado River Energy Distributors Association]

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk