IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1712-CAB (MEH)

HIGH COUNTRY CITIZENS' ALLIANCE, et. al.,

    Plaintiffs,

v.

GALE NORTON, et. al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 21 2006
GREGORY C. LANGHAM
CLERK

### Order on Scheduling Conference

A scheduling conference in this matter was held on April 12, 2006, to set a dispositive motions hearing date in this case. As agreed to by representatives of all parties, the **dispositive motions hearing shall begin on June 29, 2006, at 10:00 a.m. at the Arraj Courthouse in Denver, Colorado.** The Federal Defendants shall argue first with the Plaintiffs and the State Intervenor Defendants following in turn. Within reason, there will be no time limit on arguments, and the hearing will be completed on June 30, 2006, if necessary. Since there are multiple parties and counsel on each side in this case, all counsel should coordinate their arguments with those who share their positions to avoid needless repetition and facilitate completion of this hearing in a timely manner.

Dated this 17th day of April, 2006.

                                              UNITED STATES DISTRICT JUDGE
                                              SITTING BY DESIGNATION