

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-WY-1712 CB(OES)

HIGH COUNTRY CITIZENS' ALLIANCE,
THE WILDERNESS SOCIETY,
TROUT UNLIMITED,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
ENVIRONMENTAL DEFENSE, and
NATIONAL PARKS CONSERVATION ASSOCIATION,

    Plaintiffs,

v.

GALE NORTON, Secretary of the Department of the Interior,
UNITED STATES DEPARTMENT OF THE INTERIOR,
FRAN MINELLA, Director of the National Park Service, and
NATIONAL PARK SERVICE,

    Defendants,

v.

COLORADO FARM BUREAU,
COLORADO STATE ENGINEER,
COLORADO DIVISION ENGINEER FOR WATER DIVISION 4,
COLORADO WATER CONSERVATION BOARD,
COLORADO DIVISION OF WILDLIFE, and
COLORADO RIVER ENERGY DISTRIBUTORS ASSOCIATION,

    Intervenor Defendants.

## ORDER SETTING BRIEFING SCHEDULE

This matter came before the Court on Federal Defendants and Plaintiffs' joint motion to set a briefing schedule on Plaintiffs' motion for attorneys' fees. The Court finds that the motion to set a briefing schedule should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Federal Defendants' response to the motion for attorneys' fees is due on or before December 22, 2006.

2. Plaintiff's reply is due on or before January 8, 2007.

Dated this 14th day of November, 2006.

CLARENCE A. BRIMMER
UNITED STATES DISTRICT JUDGE