# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-WY-1712 CB(OES)

HIGH COUNTRY CITIZENS' ALLIANCE,
THE WILDERNESS SOCIETY,
TROUT UNLIMITED,
WESTERN COLORADO CONGRESS,
WESTERN SLOPE ENVIRONMENTAL RESOURCE COUNCIL,
ENVIRONMENTAL DEFENSE, and
NATIONAL PARKS CONSERVATION ASSOCIATION,

    Plaintiffs,

v.

GALE NORTON, Secretary of the Department of the Interior,
UNITED STATES DEPARTMENT OF THE INTERIOR,
FRAN MINELLA, Director of the National Park Service, and
NATIONAL PARK SERVICE,

    Defendants,

v.

COLORADO FARM BUREAU,
COLORADO STATE ENGINEER,
COLORADO DIVISION ENGINEER FOR WATER DIVISION 4,
COLORADO WATER CONSERVATION BOARD,
COLORADO DIVISION OF WILDLIFE, and
COLORADO RIVER ENERGY DISTRIBUTORS ASSOCIATION,

    Intervenor Defendants.

---

## ORDER DENYING MOTION FOR ATTORNEYS' FEES AND COSTS

This matter came before the Court on the parties' Stipulation for Dismissal with Prejudice of the Plaintiffs' Joint Motion for Attorneys' Fees and Bill of Costs, and pursuant thereto, it is

HEREBY ORDERED that Plaintiffs' Joint Motion for Attorneys' Fees (docket # 145) and Bill of Costs (docket # 144) are DENIED in their entirety with no further award of costs.

Dated this 30th day of September, 2008.

*Clarence G. Brimmer* (signature)

CLARENCE A. BRIMMER
UNITED STATES DISTRICT JUDGE

2